◆ PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

| U.S.A. vs. | Cherise Marie Clark | Docket No. | 2:08CR00173-008 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Anne Sauther, pretrial services officer, presenting an official report upon the conduct of defendant, Cherise Marie Clark, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 19th day of February 2010 under the following conditions:

**Condition No. 1 of the Court's supplemental order setting conditions of release:** Defendant shall be released on Friday, February 19, 2010, to go directly to the intensive inpatient treatment program at Pioneer Center East. The defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and scope of treatment. If the defendant fails in anyway to comply or cooperate with the requirements and rules of a treatment program, pretrial services shall notify the Court and the U.S. Marshals, who will be directed to immediately arrest the defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Although Ms. Clark has remained at the treatment facility, the Interdisciplinary Treatment Team has discharged her from the program as incomplete due to her failure to engage in the program. The report indicates that no final individual program plan will be provided due to her lack of cooperation and that she failed to meet the objectives on her individual program plan.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/17/2010

by   s/Anne Sauther

Anne L. Sauther
U.S. Probation Officer

**THE COURT ORDERS**
[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

03-17-2010
Date